# EXHIBIT 1



# Nobody puts your old 401(k) in the corner.

Get step-by-step rollover assistance.

We know bringing your retirement assets together can be a hassle. It's why we have rollover consultants on hand to help you with the paperwork and assist in transitioning from your old provider. How easy is that?

Get up to $600 when you roll over your old 401(k).
Call TD Ameritrade at 800-454-9272 or
go to tdameritrade.com/rollover for details.



you got this.

A rollover is not your only alternative when dealing with old retirement plans. Please visit tdameritrade.com/rollover for more information on rollover alternatives.

All investments involve risk, and successful results are not guaranteed. **Offer valid through 04/30/2015. Funding of $25,000–$99,999 receives $100; funding of $100,000–$249,999 receives $300; and funding of $250,000 or more receives $600.** Cash bonus subject to twelve month funding duration condition. See Web site for details and other restrictions/conditions. This is not an offer or solicitation in any jurisdiction where we are not authorized to do business. TD Ameritrade, Inc., member FINRA/SIPC. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc. and The Toronto-Dominion Bank. © 2015 TD Ameritrade IP Company, Inc. All rights reserved. Used with permission.